■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER BALL, Appellant. [49 NYS3d 325]—Motion to recall and vacate an order of this Court denied. Present—Smith, J.P., Centra, Carni, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [49 NYS3d 325]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Peradotto, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS B. SIMCOE, Appellant. [49 NYS3d 326]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAL WILLIAMS, Appellant. [49 NYS3d 326]—Motion for reargument and other relief denied. Present—Centra, J.P., Peradotto, NeMoyer, Curran and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARASHA L. PURYEAR, Appellant. [49 NYS3d 329]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Peradotto, Carni, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAKIM GRIMES, Appellant. [49 NYS3d 326]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE TYLER, Appellant. [49 NYS3d 329]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.

■ WILLIAM SCRUTON, Respondent, v ACRO-FAB, LTD., Appellant, et al., Defendants. [49 NYS3d 326]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley, Curran and Troutman, JJ.